# United States Bankruptcy Court
## Central District Of California

In re: Raul M Contreras

CHAPTER NO.: 13

CASE NO.: 2:09–bk–31605–VK

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 15 days from filing of your petition:

- ☑ Summary of Schedules (Form B6). [Local Rule 1002–1(g)]
- ☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002–1(g)]
- ☑ Statistical Summary of Certain Liabilities
- ☑ Debtor's Certification of Employment Income
- X  Electronic Filing Declaration

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

   Chapter 13    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

   255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: August 14, 2009

**JON D. CERETTO, CLERK OF COURT**

**By: Binh Tran**
**Deputy Clerk**

mccdn – 04/2008
(ccdn – rev. 03/24/2008)

**5 – 1 / BTG**