# United States Bankruptcy Court
## Central District of California

IN RE:

**Contreras, Raul M**

Debtor(s)

Case No. **2:09-bk-31605-VK**

Chapter **13**

## AMENDED SCHEDULES OR DOCUMENTS

A filing fee of $26 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added? Yes ✓   No

Indicate below which schedule(s) is(are) being amended.

A ✓    B    C    D ✓    E    F    G    H    I    J

Statement of Affairs ____    Statement of Intentions ____    Other ✓

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We do hereby declare under penalty of perjury that the foregoing is true and correct.

*** FOR COURT USE ONLY ***

Date: **August 26, 2009**

Signature: */s/ Raul M Contreras*

*Debtor*

Signature: _____

*(Joint Debtor, if any)*

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                                                          Case No. _____

Contreras, Raul M                                                                        Chapter **13**
_____
            Debtor(s)

## AMENDED VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___**4**___ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: **8-26-09**          Signature: _____
                                         **Raul M Contreras**                                        Debtor

Date: _____     Signature: _____
                                                                                                Joint Debtor, if any

Date: **8/26/09**          Signature: _____
                                         **David A. Tilem**                                     Attorney (if applicable)

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

Dated: August 26, 2009         Marcy Carman
                               *Print or Type Name*

                               /s/ Marcy Carman
                               *Signature*

American Home Mortgage Servicing, Inc.   AmeriCredit                Chrysler Financial
P.O. Box 631730                          P.O. Box 78143              P.O. Box 9001921
Irving, TX  75063-1730                   Phoenix, AZ  85062-8143     Louisville, KY  40290-1921

Monarch Grand Vacations
23091 Mill Creek Drive
Laguna Hills, CA  92653-1258