HOWARD KOLLITZ (State Bar No. 059611)
*hkollitz@dgdk.com*
ZEV SHECHTMAN (State Bar No. 266280)
*zshechtman@dgdk.com*
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Telephone:  (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Richard K. Diamond, as Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-31605-SK |
| RAUL M. CONTRERAS aka RAUL MIRANDA CONTRERAS aka RAUL CONTRERAS MIRANDA,, | Chapter 7 |
| | **NOTICE OF MOTION TO APPROVE COMPROMISE PURSUANT TO FRBP 9019** |
| Debtor. | |
| | [No Hearing Required] |

**TO THE HONORABLE SANDRA KLEIN, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT:**

Richard K. Diamond, as the Chapter 7 Trustee (the "Trustee" or "Movant") for the Bankruptcy Estate of Raul Miranda Contreras, has contemporaneously herewith filed a motion (this "Motion") pursuant to FRBP 9019 and LBR 9013-1(o), on notice and opportunity to respond and request a hearing, for an order approving the Trustee's settlement agreement (the "Agreement") with Josephine Contreras ("Josephine") and Diane Contreras ("Diane") (jointly and severally, the "Settling Parties"), as the surviving joint tenants of the Debtor.  A copy of the Agreement is attached with the Motion as Exhibit "1" to the declaration of Richard K. Diamond.

The Motion is based on the accompanying memorandum of points and authorities and request for judicial notice and the declaration of Richard K. Diamond.  The Agreement provides, among other terms, that the Settling Parties will pay the Trustee $205,000, including $25,000

which the Trustee has already been paid as a deposit, in exchange for the Trustee's release of claims with respect to real property located at 1108 Glenview Road, West Covina, CA 91791 (the "Real Property"), which Real Property is otherwise encumbered by the Trustee's judgment lien in the principal sum of $272,133.39.  As a result of the Agreement, the estate will receive funds with which to make a substantial distribution to unsecured creditors.

A complete copy of the Motion is available upon request made to the Trustee's undersigned counsel.

**PLEASE TAKE FURTHER NOTICE:**

DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING: Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

If you fail to comply with this deadline:

(1) Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

(2) Movant will lodge an order that the court may use to grant the Motion; and

(3) The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

DATED: July 5, 2018                    DANNING, GILL, DIAMOND & KOLLITZ, LLP

By:   /s/ Zev Shechtman
      ZEV SHECHTMAN
      Attorneys for Richard K. Diamond, as Chapter 7 Trustee

1492441.1  0931605A                         2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*) **NOTICE OF MOTION TO APPROVE COMPROMISE PURSUANT TO FRBP 9019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 5, 2018 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On July 5, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 5, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL DELIVERY BY ALSSI ON JULY 6, 2018
The Honorable Sandra Klein
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1582
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 5, 2018 | PATRICIA MORRIS | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1492449.1  0931605A  This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                           F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

David A Tilem on behalf of Debtor Raul M Contreras davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;MalissaMurguia@ecf.inforuptcy.com;SloanYoukstetter@tilemlaw.com
Joe M Lozano, Jr on behalf of Creditor American Home Mortgage Servicing, Inc. notice@NBSDefaultServices.com
Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov
Merdaud Jafarnia on behalf of Creditor Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-AR1, its assignees and/or successors bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
Nancy K Curry on behalf of Trustee Nancy K Curry (TR) TrusteeECFMail@gmail.com
Ramesh Singh on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
Richard K Diamond (TR) RKDTrustee@dgdk.com, rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com
Richard K Diamond (TR) on behalf of Trustee Richard K Diamond (TR) jlv@dgdk.com, rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com
Sheryl K Ith on behalf of Creditor Chrysler Financial Services Americas LLC sith@cookseylaw.com, sith@ecf.courtdrive.com
Sylvia Lew on behalf of Debtor Raul M Contreras Sylvialew@tilemlaw.com, malissamurguia@tilemlaw.com;joanfidelson@tilemlaw.com;sylvialew@ecf.inforuptcy.com;joanfidelson@ecf.inforuptcy.com;malissamurguia@ecf.inforuptcy.com;sylviatilemlaw@gmail.com;lewsr69450@notify.bestcase.com
Thomas R Mulally on behalf of Creditor Macy Baum tom@ssmlaw.com, tom@ssmlaw.com
Thomas R Mulally on behalf of Creditor Courtesy NEF tom@ssmlaw.com, tom@ssmlaw.com
Thomas R Mulally on behalf of Creditor Frances Coons tom@ssmlaw.com, tom@ssmlaw.com
Thomas R Mulally on behalf of Creditor Suzanne Baum tom@ssmlaw.com, tom@ssmlaw.com
Thomas R Mulally on behalf of Creditor Julian Getz tom@ssmlaw.com, tom@ssmlaw.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Zev Shechtman on behalf of Trustee Richard K Diamond (TR) zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
Zev Shechtman on behalf of Plaintiff RICHARD K DIAMOND zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

**2. SERVED BY U.S. MAIL**

Debtor
Raul M. Contreras
1108 Glenview Road
West Covina, CA 91791

| | | |
|---|---|---|
| D&D Dreamers, Inc.<br>1455 Cascade Canyon Dr<br>Granada Hills, CA 91344 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |

1492449.1  0931605A This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | AMERICAN HOME MORTGAGE SERVICING,INC.<br>4875 BELFORT ROAD SUITE 130<br>JACKSONVILLE, FLORIDA 32256-6059 | AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| American Home Mortgage Servicing, I<br>P.O. Box 631730<br>Irving, TX 75063-0002 | Bank Of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| Celia And Elizabeth Contreras<br>7353 Fountain Avenue<br>West Hollywood, CA 90046-5620 | Celia And Julia Esther Contreras<br>7353 Fountain Avenue<br>West Hollywood, CA 90046-5620 | CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 |
| D & D DREAMERS, INC<br>ULISES DURAN<br>12455 CASCADE CANYON DRIVE<br>GRANADA HILLS, CA 91344-1554 | Fidelity Mortgage Lenders Inc<br>c/o Spencer & Mulally<br>14156 Magnolia Blvd Suite 200<br>Sherman Oaks CA 91423-1182 | GE Consumer Finance<br>For GE Money Bank<br>dba CARECREDIT/GEMB<br>PO Box 960061<br>Orlando FL 32896-0661 |
| Gabriel Huerta<br>Salsa & Beer, Inc.<br>6601 White Oak Ave.<br>Reseda, CA 91335-5644 | Home Depot Credit Services<br>P.O. Box 689100<br>Des Moines, IA 50368-9100 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| J.S. Ertz, F.H. Coons, Baum Family<br>C/O Fidelity Mortgage Lenders, Inc.<br>11952 Wilshire Blvd.<br>Los Angeles, CA 90025-6665 | Josephina Contreras<br>1108 Glenview Road<br>West Covina, CA 91791-3523 | Julia Contreras<br>7353 Fountain Avenue<br>West Hollywood, CA 90046-5620 |
| LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Law Offices Of Liddle & Liddle<br>310 South Vermont Avenue<br>Glendora, CA 91741-6201 | Los Angeles Superior Court<br>300 N. Olive Avenue<br>Burbank, CA 91502 |
| Louis Contreras<br>7353 Fountain Avenue<br>West Hollywood, CA 90046-5620 | Monarch Grand Vacations<br>23091 Mill Creek Drive<br>Laguna Hills, CA 92653-1258 | PALISADES COLLECTIONS LLC<br>VATIV RECOVERY SOLUTIONS, LLC<br>As Agent For PALISADES COLLECTIONS LLC<br>P.O. Box 19249<br>Sugar Land, TX 77496-9249 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o The Home Depot<br>POB 41067<br>NORFOLK VA 23541-1067 | ULISES DURAN<br>12455 CASCADE CANYON DRIVE<br>GRANADA HILLS, CA 91344-1554 | Ulises Duran<br>C/O Shane, Digiuseppe & Rodgers, LL<br>200 N. Westlake Blvd, Suite 201<br>Westlake Village, CA 91362-3774 |

1492449.1   0931605A This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                              **F 9013-3.1.PROOF.SERVICE**